HARRY BLANKENBERG, Appellant, v. WILLIAM P. HUNT, Individually, et al., Respondents.

Argued April 3, 1951; decided April 13, 1951.

*Jack M. Perlman, Samuel Mezansky* and *Arthur S. Schapira* for appellant.

*James F. Schule* and *Eugene T. McQuade* for respondents.

Order affirmed, with costs. Questions certified answered in the negative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.